# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DAVID HALE** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:23cv343-HSO-BWR |
| | § | |
| **BOB C. NUSKO, JR.** | § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket. The parties have all agreed and stated their desire on the record that the Court expressly retain jurisdiction over this matter for 90 days to enforce the settlement agreement.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-captioned civil action is dismissed with prejudice as to all parties, and that the Court hereby specifically retains jurisdiction for 90 days from the date of entry of this Final Judgment to enforce the settlement agreement.

**SO ORDERED** this the 19th day of March, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE